UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENKATESWARA RAO KOTHA; ABHINAV BAHL; and SURYADEEP GUHA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | C26-2806 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to hold case in abeyance, docket no. 8, is GRANTED as follows. The deadlines set forth in the Order entered August 18, 2026, docket no. 5, are hereby EXTENDED for sixty (60) days as follows:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | December 7, 2026 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | December 21, 2026 |
| Combined Joint Status Report and Discovery Plan | December 21, 2026 |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk